# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 15, 2024

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Simon Chan
v. Maura Tracy Healey, Governor of Massachusetts, et al.
No. 23-7005
(Your No. 22-1093)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 11, 2024 and placed on the docket March 15, 2024 as No. 23-7005.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst